

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 17, 2021

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Lawrence Belcher*, 21 Mag. 1596

Dear Judge McCarthy:

    The complaint in the above-referenced case was originally filed under seal. On February 17, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    Tel: (914) 993-1946

SO ORDERED:

_Judith C. McCarthy_   *2-17-2021*
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE