UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LAWRENCE BELCHER,

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  ) (  )

21mj1596

Defendant __Lawrence Belcher_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

__/s/ Lawrence Belcher_____            _____
Defendant's Signature                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Lawrence Belcher_____               __Jason Ser_____
Print Defendant's Name                                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__2/17/2021_____                        _____
Date                                                                         U.S. District Judge/U.S. Magistrate Judge